**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SYMBOLY INNOVATIONS LLC,**<br><br>    Plaintiff,<br><br>**v.**<br><br>**NEWELL BRANDS INC., d/b/a CONTIGO,**<br><br>    Defendant. | **C.A. NO. 1:18-cv-00685-GMS**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 30, 2018                                    Respectfully Submitted,


                                                                        */s/ Stamatios Stamoulis*
                                                                        Stamatios Stamoulis
                                                                        *Stamatios Stamoulis #4606*
                                                                        **STAMOULIS & WEINBLATT LLC**
                                                                        stamoulis@swdelaw.com
                                                                        *Richard C. Weinblatt #5080*
                                                                        weinblatt@swdelaw.com
                                                                        Two Fox Point Centre
                                                                        6 Denny Road, Suite 307
                                                                        Wilmington, DE 19809
                                                                        Telephone: (302) 999-1540

                                                                        Eugenio J. Torres-Oyola
                                                                        (*Pro Hac Vice* Application Pending)
                                                                        **Ferraiuoli LLC**

Jean G. Vidal Font
(*Pro Hac Vice* Application Pending)
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
*Symbology Innovations LLC*

IT IS SO ORDERED this \_\_\_\_ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE